

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2022

No. 04-22-00204-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00518
Honorable Mary Lou Alvarez, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

After consideration, we **GRANT IN PART** real party in interest ad litem's Motion for Extension of Time to File a Response to the Petition for Writ of Mandamus. The real party in interest ad litem's response is **due on or before May 20, 2022**. All other relief not expressly granted herein is **DENIED**.

It is so **ORDERED** on May 5, 2022.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021-PA-00518, styled *In The Interest of M.T.M.S., a Child*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.